## Higgins v. Utterback.

(Decided April 29, 1919.)

Appeal from Franklin Circuit Court.

Appeal and Error—Costs.—An appeal cannot be taken to, nor granted by, the Court of Appeals from a judgment for costs.

DULIN MOSS for appellant.

B. G. WILLIAMS for appellee.

OPINION BY JUDGE SETTLE—Overruling motion for appeal and affirming judgment.

The appeal prayed in this case cannot be granted for two reasons, viz.: (1) The record fails to show that the amount or value in controversy is as much as $200.00, exclusive of interest and cost. (2) An appeal will not lie from a judgment for costs or from an order refusing

a would-be appellant a judgment for costs. As the appeal here moved for is from an order of the circuit court refusing the appellant her costs in that court, the Court of Appeals is without jurisdiction to grant or entertain the appeal. Ky. Stats., section 950; Civil Code, page 625.

For the reasons indicated the motion for an appeal is overruled, and the appeal refused.